UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**GENERAL STAR NATIONAL INSURANCE COMPANY,**

    **Plaintiff,**

    v.                                 **CIVIL ACTION NO.: 1:12-cv-1094**

**MONICA CORLEY, ET AL.,**

    **Defendants.**

### PLAINTIFF'S NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, General Star National Insurance Company, by and through its attorneys, having fully and finally resolved the above-captioned action with all parties, hereby provides notice of dismissal of this matter in its entirety with prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

                Respectfully submitted,

                WILFORD CONRAD LLP

                BY:    /s/ Christopher T. Conrad
                           DAVID A. WILFORD, admitted pro hac vice
                           CHRISTOPHER T. CONRAD, admitted pro hac vice
                           Flint Creek Corporate View
                           760 W. Main Street, Suite 210
                           Barrington, Illinois 60010
                           (224) 848-4721
                           Fax: (224) 425-5865
                           dwilford@wilfordconrad.com
                           cconrad@wilfordconrad.com

-and-

RONALD L. HARPER, Tennessee BPR #15470
NICOLE M. GRIDA, Tennessee BPR #25416
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
Brinkley Plaza
80 Monroe Avenue, Suite 800
Memphis, Tennessee 38103
(901) 527-0214
ron.harper@leitnerfirm.com
nicole.grida@leitnerfirm.com

Attorneys for Plaintiff, GENERAL STAR NATIONAL INSURANCE COMPANY

2